# THE STATE OF SOUTH CAROLINA
## In The Supreme Court

Vickie Rummage, Employee, Petitioner,

v.

BGF Industries, Employer, and Great American Alliance Insurance Co., Carrier, Respondents.

Appellate Case No. 2022-000003

---

## ON WRIT OF CERTIORARI TO THE COURT OF APPEALS

---

Appeal from The Workers' Compensation Commission

---

Opinion No. 28166
Heard June 6, 2023 – Filed July 26, 2023

---

## CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED

---

Andrew Nathan Safran, of Columbia, for Petitioner.

David Alan Wilson, of Wilson & Englebardt, LLC, of Greenville, for Respondents.

---

**PER CURIAM:** This Court granted Vickie Rummage's petition for a writ of certiorari to review the decision of the court of appeals in *Rummage v. BGF*

*Industries*, 434 S.C. 441, 865 S.E.2d 380 (Ct. App. 2021).  We now dismiss the writ on the basis it was improvidently granted.

**CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED.**

**BEATTY, C.J., KITTREDGE, FEW, JAMES and HILL, JJ., concur.**